FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LLOYD H. GARDLEY, ) <br> ) <br> Defendant. ) | 2:10-CR-236-GMN-(PAL) |

### ORDER OF FORFEITURE

On August 2, 2012, defendant LLOYD H. GARDLEY pled guilty to a Four-Count Second Superseding Indictment charging him in Count One with Conspiracy to Commit Bank Fraud, Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349; in Count Two with Bank Fraud in violation of Title 18, United States Code, Section 1344; and in Counts Three and Four with Mail Fraud in violation of Title 18, United States Code, Section 1341. Second Superseding Indictment, ECF No. 114.

This Court finds that LLOYD H. GARDLEY shall pay a criminal forfeiture money judgment of $6,133,850.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from LLOYD H. GARDLEY a criminal forfeiture money judgment of $6,133,850.00 in United States Currency.

DATED this 2 day of August, 2012

_____
UNITED STATES DISTRICT JUDGE