# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-236-GMN-(PAL) |
| LLOYD H. GARDLEY, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on August 3, 2012, that LLOYD H. GARDLEY shall pay a criminal forfeiture money judgment of $6,133,850 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Second Superseding Criminal Indictment, ECF No. 114; Change of Plea Minutes, ECF No. 203; Order of Forfeiture, ECF No. 204.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from LLOYD H. GARDLEY a criminal forfeiture money judgment in the amount of $6,133,850 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 18 day of Dec, 2013.

_____
UNITED STATES DISTRICT JUDGE



**U.S. v. Lloyd H. Gardley**
**2:10-cr-00236-GMN-VCF**
<u>**Restitution List**</u>

| | |
|---|---|
| Carrington Mortgage Services LLC<br>1610 East Saint Andrew Place, Suite B-150<br>Santa Ana, California 92705 | $315,000.00 |
| Credit Suisse<br>1 Madison Avenue, 9th Floor<br>New York, New York 10010 | $713,245.50 |
| Flagstar<br>5151 Corporate Drive<br>Troy, Michigan   48098 | $17,995.10 |
| MGIC<br>270 E. Kilbourn Avenue<br>Milwaukee, Wisconsin 53202 | $231,700.47 |
| Signature Group Holdings Inc.<br>15303 Ventura Blvd, Suite 1600<br>Sherman Oaks, California 91403 | $177,607.87 |
| TOTAL: | $1,455,548.94 |