Prob12D
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR HEARING
## TO MODIFY CONDITIONS OR TERMS OF SUPERVISION

Name of Offender: **Lloyd Henry Gardley**

Case Number:  **2:10CR00236**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **December 18, 2013**

Original Offense: **Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud; Bank Fraud; and Mail Fraud.**

Original Sentence: **135 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **June 27, 2022**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

## PETITIONING THE COURT

☒ To schedule a Status Hearing to consider defendant's health status and his ability to comply with current conditions of supervised release

## CAUSE

On December 18, 2013, Gardley was sentenced to 135 months imprisonment, followed by five years of supervised release for committing the offenses of Conspiracy to commit Bank Fraud, Mail Fraud, and Wire Fraud; Bank Fraud, and Wire Fraud. Supervised release commenced on June 27, 2022.

On June 27, 2022, Gardley was transported by the Bureau of Prisons to Sunrise Hospital due to his debilitating health status, and his lack of resources to provide for his own medical care.

On June 29, 2022, the undersigned officer made contact with Gardley's nurse and social worker at Sunrise Hospital. It was verified that Gardley previously suffered a debilitating stroke and that he only has control of the right side of his face and his right arm. According to the nurse, Gardley is considered a "maximum care patient" and that he will be required to reside in a live-in

Prob12D
D/NV Form
Rev. June 2014

medical facility for the remainder of his life. The undersigned officer spoke with Gardley who appeared to be cognitively aware; however, he has difficulty with comprehension.

As the Court has been previously made aware, Gardley has no support system and will need full-time medical care. Currently, there is no anticipated discharge date from Sunrise Hospital.

The instant offense is Gardley's only arrest and conviction. He does not have a documented history of substance abuse or mental illness, and as such there are no conditions for treatment. Considering Gardley's health condition, he will be unable to comply with conditions of release. Additionally, he will not be able to obtain employment, which will make enforcing restitution remittance in his case difficult.

The probation office is recommending that Gardley appear before the Court, so that consideration can be made as to both his physical condition and his ability to comply with his current conditions of Supervised Release.

Should the Court have additional concerns please contact the undersigned officer at (702) 271-6309.

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **July 1, 2022**

Brianna King
Digitally signed by Brianna King
Date: 2022.07.06 10:39:39 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.07.06 10:31:04 -07'00'

Brian Blevins
Supervisory United States Probation Officer

Prob12D
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐     No Action.

☒     The issuance of a summons.

☐     Other

_____
Signature of Judicial Officer

_____July 6, 2022_____
Date